# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**ERIC M. STRUMPF, Plaintiff,**

v.

**COLORADO DEPARTMENT OF CORRECTIONS, Defendant.**

Case No.: 24-cv-00908-CYC

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED & SUPPLEMENTAL COMPLAINT (FED. R. CIV. P. 15(a)(2) AND 15(d))**

Plaintiff moves for leave to file the attached Second Amended & Supplemental Complaint ("2ASC"). The amendment (i) withdraws the dismissed Title VII count; and (ii) adds a Rehabilitation Act (§ 504) failure-to-rehire claim based on three post-separation reemployment requests on December 6, 10, and 13, 2024. Plaintiff does not seek to add any ADA Title I claim.

**Key Supplemental Facts (for context; exhibits attached to 2ASC)**

• December 6, 2024 (1:53 PM MST) — Email to michele_cottingham@state.co.us, Subject "Reinstatement Options": "I wish to explore reinstatement options in accordance with R 5-6. Can you please share the procedure and potential opportunities with me?."

• December 10, 2024 (10:13 AM MST) — Email to Eddie Caley - DOC <eddie.caley@state.co.us>, Subject "Reinstatement": "I am interested in exercising my reinstatement rights. Can you please share steps and options?."

• December 13, 2024 (11:10 AM MST) — Email to michele.cottingham@state.co.us (cc: Eddie Caley - DOC; doc_employeerelations@state.co.us), Subject "Re: Reinstatement": "I contacted Mr. Caley earlier this week but haven't received a response. Again, I am interested in exercising my reinstatement rights. Can you please share steps and options?."

**Legal Standard**

Under Rule 15(a)(2), courts should freely give leave when justice so requires. Under Rule 15(d), the Court may permit supplementation to add events occurring after the date of the pleading.

**Good Cause / Justice So Requires**

• Early posture; no undue delay or bad faith.

• No undue prejudice: discovery overlaps with existing § 504 claims; same decision-makers and custodians.

• Not futile: the Court has already held § 504 claims may proceed against CDOC; the new claim sounds in § 504 and seeks money/equitable relief available under that statute.

• Efficiency: consolidates all related federal theories in one operative complaint without re-opening dismissed ADA/Title VII avenues.

**Relief Requested**

Grant leave to file the attached 2ASC within 14 days; deem the attached clean copy the operative pleading and accept the annotated copy as a courtesy redline.

Respectfully submitted,

*Eric M. Strumpf*

Eric M. Strumpf (pro se)

3701 Le Fever Dr., Apt 9208

Fort Collins, CO 80528

970-420-2906

estrumpf@outlook.com

September 20, 2025

**CERTIFICATE OF SERVICE**

I certify that on September 20, 2025, I filed the foregoing via the Court's CM/ECF system, which will send notice to all counsel of record.

Dominick D. Schumacher
Civil Litigation & Employment Law
Office of the Colorado Attorney General
Phone: (720) 508-6619
Dominick.Schumacher@coag.gov


Respectfully submitted,

*Eric M. Strumpf*

ERIC M. STRUMPF
3701 Le Fever Dr., Apt 9208
Fort Collins, CO 80528
970-420-2906
estrumpf@outlook.com
Pro Se Plaintiff

September 20, 2025